# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT BONFIGLIO,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.: 25cv592-AJB (MSB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE ENE [ECF NO. 6]** |

On April 23, 2025, the Parties filed a joint motion to continue the Early Neutral Evaluation ("ENE") conference scheduled for May 1, 2025, which also included a request to allow for remote appearances. (ECF No. 6 ("Joint Motion").) In it, the Parties explain that they want to continue informal discovery and independent direct settlement negotiations. (Id. at 3.) Based on the stage of their negotiations, the Parties believe they are "likely to be divided at the ENE about the need for and possibility of potential injunctive relief." (Id.) Accordingly, they request the ENE be continued by forty-five days. (Id.) Because the Court encourages the Parties' settlement efforts, it finds good cause to continue the ENE.

The Parties also make a separate request to allow remote appearances, effectively converting the ENE to a videoconference. (Id. at 3-4.) They explain that Plaintiff "recently welcomed his first child into his family" and that Plaintiff's counsel has a previously scheduled commitment on May 1, 2025. (Id.) This Court only excuses required parties from personally appearing at the ENE under "extraordinary circumstances." See Magistrate Judge Michael S. Berg Civil Chamber Rule III. Although the Court congratulates Plaintiff on his newborn child, it does not find his circumstances are extraordinary based on what is described in the Joint Motion. Furthermore, Plaintiff's counsel's scheduling conflict does not constitute as an extraordinary circumstance because the Court is granting the Parties' request to continue the ENE.

Accordingly, the Court **GRANTS in part** the Joint Motion and **ORDERS** the following:

1. The ENE and Case Management Conference are **CONTINUED** to **June 24, 2025** at **9:30 a.m.**

2. The Pre-ENE Status Conference is **CONTINUED** to **June 23, 2025** at **11:30 a.m.**

3. The deadline for the parties to submit updated Confidential ENE Statements and file an updated Joint Discovery Plan is **CONTINUED** to **June 17, 2025**.

4. All other guidelines in the ENE Order [ECF No. 5] remain unchanged.

**IT IS SO ORDERED**.

Dated: April 25, 2025

Honorable Michael S. Berg
United States Magistrate Judge